JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GAYLE PEEVY,<br><br>            Plaintiff,<br><br>      vs.<br><br>FCA US LLC; and DOES 1 through 10, inclusive<br><br>            Defendants. | Case No. 2:22-cv-02036-SPG-E<br><br>District Judge: Sherilyn Peace Garnett<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiff GAYLE PEEVY ("Plaintiff") accepted Defendant FCA US LLC's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on December 12, 2023.

Accordingly, the Court enters JUDGMENT in favor of Plaintiff in the amount of $86,812.68 pursuant to the terms of the Rule 68 Offer.

**IT IS SO ORDERED.**

Date: January 9, 2024

_____
Hon. Sherilyn Peace Garnett
District Judge